■ In the Matter of ROBERT KORCYKOSKI, Appellant, v. WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Appeal dismissed, without costs, unless appellant

shall file and serve record, brief and note of issue for the September 1962 Term on or before August 1, 1962, in which event motion denied.